

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**6/30/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/29/10.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| Case Number: | 10-37019 - A - 7 |
|---|---|

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Sitara Arlene Sediqzad
xxx-xx-5285

2529 Angelo Ave
Redding, CA 96001

ALL OTHER NAMES USED BY THE DEBTOR(S) IN THE LAST 8 YEARS (include married, maiden, and trade names):
Sitara Arlene Grant

| Debtor's Attorney: | Chirnese L. Liverpool<br>6277 Van Nuys Blvd #126<br>Van Nuys, CA 91401 | Trustee: | Michael P. Dacquisto<br>PO Box 992631<br>Redding, CA 96099 |
|---|---|---|---|
| Telephone Number: | 818-714-2200 | Telephone Number: | 530-244-6267 |

### MEETING OF CREDITORS
**Location:** 2986 Bechelli Lane, 2nd Floor, Room 200, Redding, CA
**Date & Time:** 8/25/10   09:00 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** - See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** - Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**10/25/10**
Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

### See Reverse Side For Important Explanations.

Dated:
6/30/10

For the Court,
Richard G. Heltzel, Clerk

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

--- **Refer to Other Side For Important Deadlines and Notices** ---

# CERTIFICATE OF NOTICE

```
District/off: 0972-2        User: admin              Page 1 of 1              Date Rcvd: Jun 30, 2010
Case: 10-37019              Form ID: b9a             Total Noticed: 30


The following entities were noticed by first class mail on Jul 02, 2010.
db            +Sitara Arlene Sediqzad,    2529 Angelo Ave,    Redding, CA 96001-3229
aty           +Chirnese L. Liverpool,    6277 Van Nuys Blvd #126,    Van Nuys, CA 91401-2702
17670853       Accounts Receivable Management Inc,    P O Box 129,    Thorofare NJ 08086-0129
17670854       Amador Emergency Phys Med,    P O Box 11949,    Westminster CA 92685-1949
17670856      +CA Em Phys Mercy MC Redding,    P O Box 582663 Suite D-59,    Modesto CA 95358-0070
17670857      +Cmre Financial Svcs In,    3075 E Imperial Hwy Ste,    Brea CA 92821-6733
17670858      +Collection,    Po Box 9134,    Needham MA 02494-9134
17670859      +Evergreen Professional,    12100 Ne 195th St Ste 18,    Bothell WA 98011-5761
17670860      +Grant Weber,    26575 Agoura Rd,    Calabasas CA 91302-2975
17670861      +High Desert Creditors,    14608 Main St Ste B,    Hesperia CA 92345-3381
17670862       Kaiser Permanente,    P O Box 830913,    Birmingham AL 35283-0913
17670864       Macysdsnb,    911 Duke Blvd,    Mason OH 45040
17670865      +Mercy Medical Center Redding,    P O Box 496009,    Redding CA 96049-6009
17670867      +Nelson Kennard,    2180 Harvard Street Suite 160,    Sacramento CA 95815-3314
17670870      +Portfolio,    120 Corporate Blvd Ste 100,    Norfolk VA 23502-4962
17670871      +Portfolio Recvry Associates,    P O Box 12914,    Norfolk VA 23541-0914
17670872      +Portfolio Recvry affil,    120 Corporate Blvd Ste 1,    Norfolk VA 23502-4962
17670873      +Regional Radiological ASC,    P O Box 492080,    Redding CA 96049-2080
17670874      +Select Card 5th 3rd Ba,    5050 Kingsley Dr Md1mo,    Cincinnati OH 45227-1115
17670876      +Sierra Receivables Management Inc,    2500 Goodwater,    Redding CA 96002-1562
17670877      +Sierra Receivables Mgm,    2500 Goodwater Ave,    Redding CA 96002-1562
17670878      +Zenith Acquisition C,    170 North Pointe Parkway,    Amherst NY 14228-1884

The following entities were noticed by electronic transmission on Jun 30, 2010.
tr            +EDI: QMPDACQUISTO.COM Jun 30 2010 20:43:00      Michael P. Dacquisto,    PO Box 992631,
                Redding, CA 96099-2631
smg            EDI: CALTAX.COM Jun 30 2010 20:43:00      Franchise Tax Board,    PO Box 2952,
                Sacramento, CA  95812-2952
17670855      +EDI: ARROW.COM Jun 30 2010 20:43:00      Arrow Financial Service,    5996 W Touhy Ave,
                Niles IL 60714-4610
17670863      +EDI: RESURGENT.COM Jun 30 2010 20:43:00      Lvnv Funding Llc,    Po Box 740281,
                Houston TX 77274-0281
17670866      +EDI: MID8.COM Jun 30 2010 20:43:00      Midland Credit Mgmt,    8875 Aero Dr,
                San Diego CA 92123-2251
17670868      +E-mail/Text: bnc@nordstrom.com                          Nordstrom Fsb,    Po Box 6555,
                Englewood CO 80155-6555
17670869      +EDI: PHINPINN.COM Jun 30 2010 20:43:00      Pinnacle Credit Servic,    7900 Highway 7 100,
                Saint Louis Park MN 55426-4045
17670875      +EDI: CITICORP.COM Jun 30 2010 20:43:00      Shell citi,    Po Box 6497,    Sioux Falls SD 57117-6497
                                                                                                     TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2010**                            Signature: *Joseph Speetjens*