```
Chirnese L. Liverpool, Esq. SBN 256147
Law offices of Chirnese L. Liverpool
6277 Van Nuys Blvd. suite 126
Van Nuys, CA 91401
(818) 714-2200
(818) 714-2201
Email: attorney@liverpoollegal.com
Attorney for Debtor
```

FILED
September 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002934827

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In Re: | ) | Case No. 2010-37019 |
|---|---|---|
| Sitara Arlene Sediqzad | ) | DECLARATION OF SITARA ARLENE SEDIQZAD RE: NO TAX RETURN |

I, Sitara Arlene Sediqzad declare as follows:

1. The following matters are within my personal knowledge and if called and sworn as a witness, I could and would testify competently to each of the matters set forth herein.

2. I am the debtor in the within Chapter 7 bankruptcy proceeding.

3. I have not filed a federal tax return and was not required to do so because my income level was below the minimum required amount for filing taxes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on Sept 17, 2010 at Redding, California.

Sitara Arlene Sediqzad, Debtor